IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELLY RAE MIER,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　13-cv-375-wmc

STATE OF WISCONSIN, et al.,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's motion for leave to proceed *in forma pauperis* and dismissing this case for lack of subject matter jurisdiction.

| /s/ | 6/19/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |